**VERDICT NO. 1**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

JUL 2 9 2022

By:_____  TAMMY H. DOWNS
DEPUTY CLERK

We, the jury, find Rickey Warren

_____not guilty          ___✓___guilty

of conspiracy to defraud the United States, as charged in Count 1

of the Indictment.

_____          July 29, 2022  3:17pm
Foreperson                 Date/Time

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

JUL 2 9 2022

IN ᴄ... ᴄᴜʀᴛ
By: TAMMY H. DOWNS
DEPUTY CLERK

## VERDICT NO. 2

We, the jury, find Rickey Warren

_____not guilty          \_\_\_✓\_\_\_guilty

of theft of approximately $137,224 belonging to the Social Security

Administration, an agency of the United States, as charged in

Count 2 of the Indictment.

_____          July 29, 2022   3:33pm
/Foreperson                    Date/Time

**VERDICT NO. 3**

We, the jury, find Rickey Warren

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

JUL 2 9 2022

IN OPEN COURT
By:___TAMMY H. DOWNS___
DEPUTY CLERK

_____not guilty        ___✓___guilty

of theft of approximately $71,417.42 belonging to the Department

of Veterans Affairs, an agency of the United States, as charged in

Count 3 of the Indictment.

_____        _July 29, 2022 / 3:33pm_

(Foreperson)                 Date/Time

## VERDICT NO. 4

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

JUL 2 9 2022

IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

We, the jury, find Rickey Warren

_____ not guilty          ✓ guilty

of bankruptcy fraud, as charged in Count 4 of the Indictment.

_____          July 29, 2022    3:53 pm
Foreperson                   Date/Time